# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 114 MM 2016

              Respondent   :

             v.   :

WILLIAM ALEXANDER HIMCHAK III,   :

             Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of October, 2016, the Motion for King's Bench Intervention and the Application for Oral Argument are **DENIED**.